UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Tracy Waynette Williams**,                        Bankruptcy Case No.: 08-81559

Social Security No. xxx-xx-0922
Mailing Address: 2116 Traceway South, , Sanford, NC 27332-
                                      Debtor.

**Tracy Waynette Williams**,
                         Plaintiff,     A.P. No.: 09-9029

**Nick Gable,**
**Interstate Recovery Services,**
                         Defendant.

## AFFIDAVIT FOR ENTRY OF DEFAULT

County of Durham            }
State of North Carolina     }:

The undersigned attorney, being duly sworn, deposes and says:

1. Plaintiff commenced this adversary proceeding, pursuant to 11 U.S.C. §§ 362 (K) (1), 15 U.S.C. §§ 1692 (K) (1), 1692 e(1), 1692 e(4), 1692e (5), 1692c, and N.C.G.S. §§ 75-5(4), and seeking actual, statutory and punitive damages therefor.

2. The Summons was issued on March 29, 2010.

3. In accordance with the provisions of Bankruptcy Rule 7012(a), the Summons provided a thirty (30) day limit for the Defendant to file an Answer or submit a motion to the Court.

4. The Verified Complaint in this proceeding was served upon the Defendant on April 5, 2010, as verified by the Affidavit of Service filed with the Clerk of Court.

5. That no Answer or Motion has been received by Plaintiff or, upon information and belief, by the Court, within the said thirty (30) day time limit.

6. Upon information and belief neither Defendant is in the military, is an infant nor is incompetent.

                                                           /s Edward Boltz
                                                           Edward Boltz

Sworn to before me on May 24, 2010

/s Melissa E. Weaver

Melissa E. Weaver, Notary Public
My commission expires 4/30/2011
 --- /s NOTARY: SEAL AFFIXED HERE ---