

## Receipt 1 (top left)

Article Number: 7160 3901 9848 1505 0836
Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:

"Detective Evans"
C/o Washington Boulevard Motors, Inc.
Attn: Manager/Director
3210 N. 10th Street
Arlington, VA 22201

PS Form 3811, January 2005 — Domestic Return Receipt

## Receipt 2 (top middle)

A. Received by (Please Print Clearly): M. Romero
B. Date of Delivery: 8/13/09
C. Signature: X M. Romero
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Reference Information

Tracey Williams 08-81559

Cynthia Joyner (4)

## Receipt 3 (top right area)

Article Number: 7160 3901 9848 1505 0829
Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:

Alisina Nezam, a.k.a. "Ali"
Washington Boulevard Motors, Inc.
Attn: Manager/Director
3210 N. 10th Street
Arlington, VA 22201

PS Form 3811, January 2005 — Domestic Return Receipt

## Receipt 4 (top far right)

A. Received by (Please Print Clearly): M. Romero
B. Date of Delivery: 8/13/0
C. Signature: X M. Romero
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Reference Information

Tracey Williams 08-81559

Cynthia Joyner (4)

## Receipt 5 (bottom left)

Article Number: 7160 3901 9848 1505 0812
Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:

Gregory J. Harris
Registered Agent for Washington
Boulevard Motors, Inc.
20 West Market Street
Leesburg, VA 20176

PS Form 3811, January 2005 — Domestic Return Receipt

## Receipt 6 (bottom middle-left)

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Amanda Neff
B. Date of Delivery: 8/13/09
C. Signature: X [signature]
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

[Postmark: LEESBURG VA 20175, 13]

Reference Information

Tracey Williams 08-81559

Cynthia Joyner (4)

## Receipt 7 (bottom middle-right)

Article Number: 7160 3901 9848 1505 0843
Service Type: CERTIFIED MAIL
Restricted Delivery? (Extra Fee): ☐ Yes

1. Article Addressed to:

Washington Boulecard Motors, Inc.
Attn: Managing Agent
3210 N. 10th Street
Arlington, VA 22201

PS Form 3811, January 2005 — Domestic Return Receipt

## Receipt 8 (bottom right)

A. Received by (Please Print Clearly): M. Romero
B. Date of Delivery: 8/13/0
C. Signature: X M. Romero
☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

Reference Information

Tracey Williams 08-81559

Cynthia Joyner (4)

